H. H. Buckman, Plaintiff in Error, vs. Little Brothers Fertilizer & Phosphate Company, Limited, a Corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc.*, June 21, 1905.)

Writ of Error to Circuit Court, Duval County; Chas. S. Adams, Referee.

*H. H. Buckman,* for Plaintiff in Error.

*Wm. B. Young* and *D. U. Fletcher,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on agreement of counsel for the respective parties.